IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | CR 06-49-UNA |
| TAMEKA ANDREWS, | : | |
| Defendant. | : | REDACTED |



### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count I

From on or about September 7, 2005, and continuing up to on or about April 19, 2006, in the State and District of Delaware, and elsewhere, including Pennsylvania, Tameka Andrews, defendant herein, did knowingly conspire and agree with other unindicted coconspirators known and unknown to the grand jury to commit the following offense against the United States: to knowingly distribute, and possess with intent to distribute, more than five kilograms of cocaine, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A), all in violation of 21 U.S.C. § 846.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Richard G. Andrews
Douglas E. McCann
Assistant United States Attorneys

Dated: May 2, 2006



FILED
MAY 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE