IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-49 |
| | ) | |
| TAMEKA ANDREWS, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, TAMEKA ANDREWS, as a result of the Indictment returned against her on May 2, 2006.



FILED MAY 2 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: /s/ Richard G. Andrews
Richard G. Andrews
First Assistant United States Attorney

Dated: 5/2/06

AND NOW, this __2__ day of __May__, 2006, upon the foregoing Motion, IT IS ORDERED that a warrant issue for the arrest and apprehension of TAMEKA ANDREWS.

/s/ Mary Pat Thynge
Honorable Mary Pat Thynge
United States Magistrate Judge