IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-49-KAJ |
| TAMEKA ANDREWS, | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

**PLEASE** enter the appearance of Douglas McCann, Assistant U.S. Attorney, in the above-captioned case.

                                        Respectfully submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney

                             BY: _/s/ Douglas E. McCann_
                                        Douglas McCann
                                        Assistant United States Attorney

Dated:    July 20, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-49-KAJ |
| TAMEKA ANDREWS, | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 20th day of July, 2006, I caused to be electronically filed a **Substitution of Counsel And Entry of Appearance** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was sent via regular mail to counsel of record as follows:

Lou Savino, Esquire
15th & JFK Boulevard
Suite 1516
Philadelphia, PA 19102

*Marie Steel*
Marie Steel
Legal Assistant