IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 06-49-KAJ |
| ) | |
| TAMEKA ANDREWS, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER TO SEAL MOTION TO POSTPONE SENTENCING**

The United States respectfully requests that the Motion to Postpone Sentencing and For Exclusion of Time under the Speedy Trial Act be sealed, and, in support thereof, notes that the basis for the Motion describes confidential information. The United States notes that the proposed order does not describe the confidential information, and therefore the United States does not believe that it needs to be sealed if the Court signs it.

Wherefore the United States respectfully requests that the Motion to Postpone Sentencing and For Exclusion of Time under the Speedy Trial Act be sealed.

COLM F. CONNOLLY
United States Attorney

By: _/s/ Richard G. Andrews_
Richard G. Andrews
First Assistant United States Attorney

Dated: 11/15/06

**IT IS SO ORDERED** this _____ day of November, 2006.

_____
HONORABLE KENT A. JORDAN
United States District Judge