## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA          :          NO. 06-49-KAJ
vs.                               :

TAMEKA ANDREWS                    :



## MOTION FOR A CONTINUANCE

**AND NOW**, the defendant, Tameka Andrews, by and through her attorney, Louis

T. Savino, Jr., Esquire, does file the within Motion for a Continuance and avers as follows:

1.  The defendant has retained the legal services of Louis T.
    Savino, Jr., Esquire to represent her in the above captioned
    criminal matter.

2.  A hearing in this matter is scheduled for Monday, December
    11, 2006 before the Honorable Kent A. Jordan, United States
    District Judge, United States District Court for the District of
    Delaware.

3.  A continuance is respectfully requested as this office is not in
    possession of the revised pre-sentence report and additional
    time is needed to review once received.

4.    The government, through its representative, Richard G. Andrews, Esquire (AUSA), has no objection to the within request.

**WHEREFORE**, for all of the foregoing reasons, the within Motion for a Continuance should be **GRANTED**.

**Respectfully submitted,**

**LOUIS T. SAVINO & ASSOCIATES**

By:

**LOUIS T. SAVINO, JR., ESQUIRE**
Attorney for Defendant

## CERTIFICATE OF SERVICE

Louis T. Savino, Jr., Esquire being duly sworn according to law, deposes and says that on the 7TH day of December, 2006 a copy of the within document was served upon the following individuals:

**Honorable Kent A. Jordan**

United States District Judge

844 King Street

Lock Box 10

Wilmington, DE 19801

**Richard G. Andrews, Esquire (AUSA)**

Office of the United States Attorney

Chase Manhattan Centre, Suite 1100

1007 N. Orange St., Suite 700

Wilmington, Delaware 19899-2046

**LOUIS T. SAVINO & ASSOCIATES**

By:

**LOUIS T. SAVINO, JR., ESQUIRE**
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA : NO. 06-49-KAJ
        VS. :

TAMEKA ANDREWS :

## O R D E R

**AND NOW**, this _____ day of _____, 2006 it is hereby **ORDERED**

and **DECREED** that defendant's Motion for a Continuance  is **GRANTED**.

**BY THE COURT:**

_____

                                             **J.**