IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA  :  NO. 06-49-KAJ
    vs. :

TAMEKA ANDREWS  :

ORDER

AND NOW, this 8th day of Dec., 2006 it is hereby **ORDERED** and **DECREED** that defendant's Motion for a Continuance is **GRANTED**.

BY THE COURT:

_____

J.