IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-49-JJF |
| | ) | |
| TAMEKA ANDREWS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Richard G. Andrews as

one of the attorneys of record on behalf of the United States of America.

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney
Nemours Building, #700
P.O. Box 2046
Wilmington, Delaware  19899-2046
douglas.mccann@usdoj.gov

Dated: 2/1/07

## CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA                )
                                         )
          v.                             )    Criminal Action No. 06-49-JJF
                                         )
TAMEKA ANDREWS,                          )
                                         )
               Defendant.                )

 

I, Marie Steel, employee with the United States Attorney's Office, hereby certify that on

February 1, 2007, I electronically filed with the Clerk of the Court using the CM/ECF the **NOTICE**

**OF WITHDRAWAL OF COUNSEL** by causing two copies of said document to be placed in a

postage prepaid envelope, placed in the United States Mail, and addressed to counsel of record as

follows:

 

        Louis T. Savino, Esquire
        15th & JFK Boulevard
        Suite# 1516
        Philadelphia, PA  19102

 

_Marie Steel_