IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 06-49-KAJ |
| vs. | : | |
| TAMEKA ANDREWS | : | |

### MOTION FOR A CONTINUANCE

**AND NOW**, the defendant, Tameka Andrews, by and through her attorney, Louis T. Savino, Jr., Esquire, does file the within Motion for a Continuance and avers as follows:

1. The defendant has retained the legal services of Louis T. Savino, Jr., Esquire to represent her in the above captioned criminal matter.

2. A hearing in this matter is scheduled for Friday, February 16, 2007 before the Honorable Farnan, United States District Judge, United States District Court for the District of Delaware.

3. A continuance is respectfully requested as given that I will be unavailable that day as I will be before the Honorable William Furber, Court of Common Pleas-Montgomery County in the matter of Commonwealth vs. Carlton Flinn and on a bench trial

FILED
FEB 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in the matter of <u>Commonwealth vs. Darell Burton</u> before the Honorable William Nicholas also in the Montgomery County of Common Pleas. Kindly note that I have no substitute coverage that day. Please be advised I will be available one day next week if consistent with the court calendar.

4. The government, through its representative, Douglas E. McCann, Esquire (AUSA), has no objection to the within request.

**WHEREFORE**, for all of the foregoing reasons, the within Motion for a Continuance should be **GRANTED**.

Respectfully submitted,

LOUIS T. SAVINO & ASSOCIATES

By: _____
LOUIS T. SAVINO, JR., ESQUIRE
Attorney for Defendant

## CERTIFICATE OF SERVICE

Louis T. Savino, Jr., Esquire being duly sworn according to law, deposes and says that on the 15TH day of February, 2007 a copy of the within document was served upon the following individuals:

**Honorable Joseph J. Farnan, Jr.,**

United States District Judge

844 King Street

Lock Box 27

Wilmington, DE 19801

**Douglas E. McCann, Esquire**

Office of the United States Attorney

Chase Manhattan Centre, Suite 1100

1007 N. Orange St., Suite 700

Wilmington, Delaware 19899-2046

LOUIS T. SAVINO & ASSOCIATES

By: _____
LOUIS T. SAVINO, JR., ESQUIRE
Attorney for Defendant