IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA    :   CR NO. 06-49-JJF
    vs.                     :
TAMEKA ANDREWS              :

## ORDER

AND NOW, this 15 day of February, 2007 it is hereby **ORDERED** and **DECREED** that defendant's Motion for a Continuance is **GRANTED**.

BY THE COURT:

_____
                                        J.

FILED
FEB 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE