IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-49 JJF |
| TAMEKA ANDREWS, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, due to a clerical error, the Court continued the March 2, 2007 Rule 11 hearing and Sentencing;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.  A Rule 11 hearing will be held on **Tuesday, April 10, 2007 at 1:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2.  Defendant's Sentencing will immediately follow the Rule 11 hearing.

3.  The time between the date of March 2, 2007 and April 10, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

March 13, 2007
_____
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED

MAR 1 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE