IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CR  CASE # 06-49-JJF |
| TAMEKA ANDREWS | ) PLEASE DIRECT ALL INQUIRIES |
| | ) TO 573-6128 |
| Defendant. | ) |

**NOTICE TO APPEAR**

Please note that the above captioned case has been scheduled for a **CHANGE OF PLEA AND SENTENCING HEARING** before the Honorable Joseph J. Farnan Jr., on **APRIL 10, 2007 AT 1:00 PM** in Courtroom #4B, 4TH Floor, Boggs Federal Building, 844 N. King Street, Wilmington, DE.

Peter T. Dalleo
Clerk of the Court

By: _____
Deputy Clerk

Date: 4/5/07

To: Tameka Andrews

cc: counsel



FILED
APR 5 2007
U.S. DISTRICT
DISTRICT OF DELAW.