IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-49-JJF |
| TAMEKA ANDREWS, | : | |
| Defendant. | : | |

### ORDER

WHEREAS, the above Defendant having entered a plea of guilty to Count One of the Indictment pending against her in this Court;

WHEREAS, a Rule 11 hearing is scheduled for Tuesday, April 10, 2007 at 1:00 p.m.;

WHEREAS, the above Defendant having requested a continuance because her counsel will be appearing in another jurisdiction on that date;

NOW THEREFORE IT IS HEREBY ORDERED that:

1. The Defendant's request for a continuance is granted.

2. The time between the date of April 10, 2007 and such time until the rescheduled Rule 11 hearing shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. § 3161 et seq.).



April 9, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED
APR 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE