IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-49 JJF |
| TAMEKA ANDREWS, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the Court granted Defendant's request for a continuance of the April 10, 2007 Hearing (D.I. 30);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Rule 11 hearing will be held on **Tuesday, April 24, 2007 at 11:00 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. As agreed by counsel, Defendant's Sentencing will immediately follow the Rule 11 hearing.

3. The time between the date of this Order and April 24, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

April 20, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE