IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :
:
Plaintiff, :
:
v. : Criminal Action No. 06-49 JJF
:
TAMEKA ANDREWS :
:
Defendant. :

## UNOPPOSED MOTION TO CONTINUE

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, hereby moves the Court to continue the Rule 11 hearing and sentencing scheduled for April 24, 2007, in the above-captioned case for the reasons set forth below.

1. On April 20, 2007, the Court set a Rule 11 hearing and sentencing for April 24, 2007 at 11:00 a.m.

2. Counsel for the government and counsel for the defendant each have a scheduling conflict with the present hearing date and time.

3. Counsel for the government and counsel for the defendant have represented to the Court that they will be able to attend a Rule 11 hearing and sentencing on May 10, 2007, at 1:30 p.m. The defendant, through counsel, has represented to the government that she does not oppose this motion and does not object to the exclusion of time under the Speedy Trial Act between April 24, 2007, and May 10, 2007.

WHEREFORE, the United States respectfully asks the Court to continue the April 24, 2007, Rule 11 hearing and sentencing to May 10, 2007, at 1:30 p.m., and to exclude the intervening time under the Speedy Trial Act in the interests of justice.

                        Respectfully submitted,

                        COLM F. CONNOLLY
                        United States Attorney

By: _____
     Douglas E. McCann
     Assistant United States Attorney
     1007 Orange Street, Suite 700
     P.O. Box 2046
     Wilmington, Delaware 19899-2046

DATED:    April 24, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-49 JJF |
| TAMEKA ANDREWS | : | |
| Defendant. | : | |

**ORDER**

IT IS HEREBY ORDERED this ___ day of _____, 2007, that

1. The government's Unopposed Motion to Continue is GRANTED;

2. A Rule 11 hearing and sentencing in this matter will be held on the <u>10th</u> day of <u>May, 2007</u>, at <u>1:30</u> p.m. in Courtroom 4B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware;

3. The Court finds that the possibility that a short continuance might allow this case to resolve without the need for a trial outweighs the public and defendant's interest in a speedy trial, and excludes the time between April 24, 2007, and May 10, 2007, under the Speedy Trial Act in the interest of justice.

                                                      HONORABLE JOSEPH J. FARNAN, JR.
                                                      UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-49-JJF |
| TAMEKA ANDREWS, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 24th day of April, 2007, I caused to be electronically filed a **Unopposed Motion to Continue** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was sent via regular mail to counsel of record as follows:

Lou Savino, Esquire
Eliot Cohen, Esquire
15th & JFK Boulevard
Suite 1516
Philadelphia, PA 19102

_/s/ Marie Steel_
Marie Steel
Legal Assistant