IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-49-JJF |
| | ) | |
| TAMEKA ANDREWS, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

Please withdraw the appearance of First Assistant United States Attorney Richard G. Andrews as one of the attorneys of record on behalf of the United States of America.

COLM F. CONNOLLY
United States Attorney

By: /s/ Douglas E. McCann
Douglas E. McCann
Assistant United States Attorney

Dated: April 24, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TAMEKA ANDREWS, )<br>)<br>Defendant. ) | Criminal Action No. 06-49-JJF |

## CERTIFICATE OF SERVICE

I, Marie Steel, employee with the United States Attorney's Office, hereby certify that on April 24, 2007, I electronically filed the foregoing:

## NOTICE OF SUBSTITUTION OF COUNSEL

with the Clerk of the Court using the CM/ECF which will send notification of such filing via U.S. mail to counsel of record as follows:

Louis T. Savino
15th & JFK Boulevard
Suite 1516
Philadelphia, PA 19102

_____
Marie Steel
Legal Assistant