IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,              :
                                       :
    Plaintiff,                         :
                                       :
v.                                     :    Criminal Action No. 06-49 JJF
                                       :
TAMEKA ANDREWS                         :
                                       :
    Defendant.                         :

### ORDER

IT IS HEREBY ORDERED this 24 day of April, 2007, that

1. The government's Unopposed Motion to Continue is GRANTED;

2. A Rule 11 hearing and sentencing in this matter will be held on the 10th day of May, 2007, at 1:30 p.m. in Courtroom 4B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware;

3. The Court finds that the possibility that a short continuance might allow this case to resolve without the need for a trial outweighs the public and defendant's interest in a speedy trial, and excludes the time between April 24, 2007, and May 10, 2007, under the Speedy Trial Act in the interest of justice.

HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE



FILED
APR 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE