IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-049 JJF |
| | : | |
| TAMEKA ANDREWS, | : | |
| | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, the Court granted a brief continuance of the Rule 11 hearing on May 10, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.  A Rule 11 hearing will be held on **Wednesday, June 13, 2007, at 12:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2.  As agreed by counsel, Defendant's Sentencing will immediately follow the Rule 11 hearing.

2.  The time between the date of this Order and June 13, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

May 31, 2007
DATE

UNITED STATES DISTRICT JUDGE

F I L E D

MAY 3 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE