RECEIVED

NOV - 1 2007

*Judge Joseph Farnan Jr.*
*844 King Street*
*Lock Box 18*
*Wilmington, De 19801*

*October 27, 2007*

*Re: United States of America vs. Tameka  C.  Andrews*
*Doc# .:1:06CR00049-001(KAJ)* JJF

*Dear Judge Joseph Farnan Jr.*

*I am writing you in hopes that you will be able to assist me. The United States Courts of Appeals for the Eighth Circuit has recently decided two cases that I believe affects me. Elwood vs Jeter, 386 F3d. 842 and Fults vs. Sanders, 442 F3d 1088. These cases concluded that the BOP's regulation with regard to CCC placement is in violation of 18 U.S.C 3621 (b).*

*The institution, during a town hall, has advised that they are handling this ruling via an order from the sentencing judge in each individual case specifically stating that a prisoner is to serve a designated portion of the sentence (six) months in a halfway house or on home confinement. I am asking for a sentence reduction or have this modify. I would like to spend the remaining portion (six) months on home confinement. I have three young children who have been separated from each other due to my incarceration. This is the first time I've every  been in trouble with the law. I realize the many mistakes that I have made and I am asking for this opportunity to make a successful transition back into the community as well as being a parent to my children. I thank you in advance for any assistance you can render.*

*Respectfully Submitted,*

*Tamkea C. Andrews*

*PS. I am now at Alderson Federal Prison Camp. My Federal case# is 05094-015*


FILED

NOV  1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Amelia Andrews 05094-05 A1
Federal Prison Camp
P.O. Box A
Alderson, WV 24910

Judge Joseph J. Farnan Jr.
844 King St.
Lock Box 18
Wilmington, DE 19801

DISMISS

19801855515 C012

